Michael A. Jones, State Bar #27311
Philip J. Giles, State Bar #30340
David B. Nelson, State Bar #34100
**ALLEN BARNES & JONES, PLC**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email   mjones@allenbarneslaw.com
           pgiles@allenbarneslaw.com
           dnelson@allenbarneslaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| SILVERADO STAGES INC., et al., | Case No. 2:18-bk-12203-MCW |
| Debtors. | |
| This filing applies to:<br>☒ ALL DEBTORS<br>☐ SILVERADO STAGES INC.<br>☐ SILVERADO CHARTER SERVICES, LLC<br>☐ MICHELANGELO LEASING INC.<br>☐ SILVERADO STAGES SC, LLC<br>☐ SILVERADO STAGES CC, LLC<br>☐ SILVERADO STAGES NC, LLC<br>☐ SILVERADO STAGES NV, LLC<br>☐ SILVERADO STAGES AZ, LLC | Case No. 2:18-bk-12203-MCW<br>Case No. 2:18-bk-12205-DPC<br>Case No. 2:18-bk-12207-BKM<br>Case No. 2:18-bk-12209-MCW<br>Case No. 2:18-bk-12210-MCW<br>Case No. 2:18-bk-12213-EPB<br>Case No. 2:18-bk-12215-BKM<br>Case No. 2:18-bk-12218-EPB<br><br>**MOTION FOR ORDER AUTHORIZING AND DIRECTING JOINT ADMINISTRATION AND USE OF CONSOLIDATED CAPTION** |

Pursuant to Fed. R. Bankr. P. 9006 and LBR 9013-1(h), Silverado Stages, Inc., Silverado Stages CC, LLC, Silverado Stages SC, LLC, Silverado Stages NC, LLC, Silverado Stages NV, LLC, Silverado Stages AZ, LLC, Silverado Charter Services, LLC, and Michelangelo Leasing Inc., debtors and debtors-in-possession (collectively, the "**Debtors**"), in the above-captioned Chapter 11 cases (collectively, the "**Cases**"), hereby request entry of an order substantially in the form attached hereto as **Exhibit "A"** authorizing and directing joint administration of the Cases and the use of a consolidated caption. This Motion is brought on

expedited notice pursuant to Federal Rule of Bankruptcy Procedure 2002 and Local Rules 4001-4 and 9013(h) to ensure that the Cases move forward together to reduce administrative expenses and protect the Debtors' bankruptcy estates for the benefit of creditors.[1] The Debtors are affiliated entities with Chapter 11 proceedings initiated contemporaneously with this Court. This Motion is supported by the *Declaration of Brian Hunt, Chief Executive Officer, in Support of Debtors' First Day Filings* ("**Declaration**") filed contemporaneously herewith. This Motion is supported by the following Memorandum of Points and Authorities.

I. **JURISDICTION, VENUE, AND BACKGROUND**

1. The Debtors each filed voluntary petitions for relief in the District of Arizona under Chapter 11 on October 5, 2018. The Debtors continue to operate their businesses as Debtors-in-possession in accordance with Code §§ 1107 and 1108.

2. This Court has jurisdiction over the Cases under 28 U.S.C. §§ 157 and 1334. This Motion is a core proceeding related to the administration of the bankruptcy estates under 28 U.S.C. § 157(b)(2)(A).

3. The statutory predicate for the relief requested in this Motion is Code § 105(a) and Rule 1015.

4. The Debtors are affiliated entities, share common management, and collectively operate a service-oriented passenger transportation business known as "Silverado Stages".

5. The Debtors maintain their headquarters and principal place of business in Phoenix, Arizona, specifically at 2239 N. Black Canyon Hwy Phoenix, AZ 85009. Accordingly, venue for these Cases is proper in this District under 28 U.S.C. §§ 1408 and 1409.

6. No trustee or examiner has been appointed in this case, nor has an official committee of unsecured creditors been established.

/ / /

/ / /

/ / /

---

[1] Unless otherwise indicated, all Chapter, Section and Rule references are to the Bankruptcy Code ("**Code**"), 11 U.S.C. §§ 101-1532, and to the Federal Rules of Bankruptcy Procedure 1001-9037 ("**Rules**").

{00129264 3} 2

## II. RELIEF REQUESTED

7. In support of this Motion, the Debtor incorporates by this reference the factual statements contained in the contemporaneously filed Declaration.

8. The Debtors seek entry of an order authorizing and directing joint administration of the Cases and use of a consolidated caption.

9. Rule 1015(b) authorizes courts to jointly administer bankruptcy proceedings if the debtor entities are affiliated entities with proceedings pending in the same court. Specifically, Rule 1015(b) provides in relevant part:

> If a joint petition or two or more petitions are pending in the same court by or against . . a debtor and an affiliate, the court may order a joint administration of the estates.

10. For logistics and judicial efficiency, the Cases should be jointly administered. Joint administration will eliminate duplicative notices, applications, and orders, thereby saving considerable time and expense for the Debtors and their estates. Such time and expense will be better spent maximizing estate assets and formulating a plan of reorganization for payment to all creditors.

11. The Debtors request that one file and one docket be maintained for all three Cases, specifically Case No. 2:18-bk-12203-MCW which is the lowest-numbered of the three Cases.

12. Because each of the Cases has been assigned to a different judge, the Debtors also respectfully request that Case Nos. 2:18-bk-12205-DPC, 2:18-bk-12207-BKM, 2:18-bk-12213-EPB, 2:18-bk-12215-BKM, and 2:18-bk-12218-EPB be transferred to the Honorable Judge Madeleine C. Wanslee, to whom the lowest-numbered case has already been assigned.

13. Finally, the Debtors request that the following consolidated form of caption be used for all pleadings and orders in these cases:

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| In re:<br><br>SILVERADO STAGES INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 2:18-bk-12203-MCW<br>(Jointly Administered) |
| This filing applies to:<br><br>☒ ALL DEBTORS<br>☐ SILVERADO STAGES INC.<br>☐ SILVERADO CHARTER SERVICES, LLC<br>☐ MICHELANGELO LEASING INC.<br>☐ SILVERADO STAGES SC, LLC<br>☐ SILVERADO STAGES CC, LLC<br>☐ SILVERADO STAGES NC, LLC<br>☐ SILVERADO STAGES NV, LLC<br>☐ SILVERADO STAGES AZ, LLC | Case No. 2:18-bk-12203-MCW<br>Case No. 2:18-bk-12205-DPC<br>Case No. 2:18-bk-12207-BKM<br>Case No. 2:18-bk-12209-MCW<br>Case No. 2:18-bk-12210-MCW<br>Case No. 2:18-bk-12213-EPB<br>Case No. 2:18-bk-12215-BKM<br>Case No. 2:18-bk-12218-EPB |

14. Joint administration will not result in any prejudice to the Debtors' creditors or other parties-in-interest. Instead, joint administration serves the best interest of these Debtors' estates because the issues related to the reorganization of each of the Debtors involve common ownership, creditor, and management issues. Nearly all of the motions, hearings, and orders in the Cases will involve the same parties and will affect all of the Debtors. Accordingly, joint administration will promote judicial economy and ease the burden and expense of administering the estates.

15. The relief requested in this Motion is for the joint administration of the Cases and is not a motion for substantive consolidation of the Debtors' estates at this time.

**WHEREFORE**, the Debtors respectfully request that this Court enter an order approving this Motion and granting the relief requested herein, and such other relief as is just and proper under the circumstances.

DATED: October 8, 2018.

**ALLEN BARNES & JONES, PLC**

*/s/ MAJ #27311*
Michael A. Jones
Philip J. Giles
David B. Nelson
1850 N. Central Ave., Suite 1150
Phoenix, AZ 85004
Attorneys for Debtors

# Exhibit A

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SILVERADO STAGES INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 2:18-bk-12203-MCW |
| This filing applies to:<br><br>☒ ALL DEBTORS<br>☐ SILVERADO STAGES INC.<br>☐ SILVERADO CHARTER SERVICES, LLC<br>☐ MICHELANGELO LEASING INC.<br>☐ SILVERADO STAGES SC, LLC<br>☐ SILVERADO STAGES CC, LLC<br>☐ SILVERADO STAGES NC, LLC<br>☐ SILVERADO STAGES NV, LLC<br>☐ SILVERADO STAGES AZ, LLC | Case No. 2:18-bk-12203-MCW<br>Case No. 2:18-bk-12205-DPC<br>Case No. 2:18-bk-12207-BKM<br>Case No. 2:18-bk-12209-MCW<br>Case No. 2:18-bk-12210-MCW<br>Case No. 2:18-bk-12213-EPB<br>Case No. 2:18-bk-12215-BKM<br>Case No. 2:18-bk-12218-EPB<br><br>**ORDER AUTHORIZING AND DIRECTING JOINT ADMINISTRATION AND USE OF CONSOLIDATED CAPTION** |

This matter came before the Court pursuant to the *Motion for an Order Authorizing and Directing Joint Administration and Use of Consolidated Caption* ("**Motion**") filed by Silverado Stages, Inc., Silverado Charter Services, LLC, Michelangelo Leasing, Inc., Silverado Stages SC, LLC, Silverado Stages CC, LLC, Silverado Stages NC, LLC, Silverado Stages NV, LLC, and Silverado Stages AZ, LLC, debtors and debtors-in-possession (collectively, the "**Debtors**" and each a "**Debtor**"), Debtors and Debtors-in-possession in the above-captioned Chapter 11 cases ("**Cases**"), and it appearing that the relief requested is in the best interests of the Debtors' bankruptcy estates, their creditors and all other parties in interest; due and sufficient notice of

the Motion having been given; it appearing that no other or further notice need be provided; this Court having jurisdiction to consider the Motion and the relief requested in the Motion under 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested in the Motion being a core proceeding under to 28 U.S.C. § 157(b); venue being proper in this District under to 28 U.S.C. §§ 1408 and 1409; no objections having been filed to the Motion; after due deliberation at a hearing on October ____, 2018; and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED**:

1. The Motion is granted.
2. The Cases will be jointly administered under Case No. 2:18-bk-2:18-bk-12203-MCW, which is the lowest-numbered of the Cases.
3. Case No. 2:18-bk-12205-DPC; Case No. 2:18-bk-12207-BKM; Case No. 2:18-bk-12213-EPB; Case No. 2:18-bk-12215-BKM; and Case No. 2:18-bk-12218-EPB will be transferred to the Honorable Madeleine C. Wanslee for joint administration with Case No. 2:18-bk-12203-MCW. The caption of the jointly administered Cases will read as follows:

| | |
|---|---|
| In re: | Chapter 11 |
| SILVERADO STAGES INC., et al., | Case No. 2:18-bk-12203-MCW (Jointly Administered) |
| Debtors. | |
| This filing applies to:<br>☒ ALL DEBTORS<br>☐ SILVERADO STAGES INC.<br>☐ SILVERADO CHARTER SERVICES, LLC<br>☐ MICHELANGELO LEASING INC.<br>☐ SILVERADO STAGES SC, LLC<br>☐ SILVERADO STAGES CC, LLC<br>☐ SILVERADO STAGES NC, LLC<br>☐ SILVERADO STAGES NV, LLC<br>☐ SILVERADO STAGES AZ, LLC | Case No. 2:18-bk-12203-MCW<br>Case No. 2:18-bk-12205-DPC<br>Case No. 2:18-bk-12207-BKM<br>Case No. 2:18-bk-12209-MCW<br>Case No. 2:18-bk-12210-MCW<br>Case No. 2:18-bk-12213-EPB<br>Case No. 2:18-bk-12215-BKM<br>Case No. 2:18-bk-12218-EPB |

/ / /

/ / /

4. A docket entry will be made on the docket for the other Cases substantially as follows:

> "An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases of Silverado Stages, Inc., and its affiliates. Accordingly, the docket in Case No. 2:18-bk-12203-MCW should be consulted for all matters affecting this case."

5. The consolidation of these Cases is for administrative purposes only and is not a substantive consolidation of the Debtors' Chapter 11 estates. While all other filings regarding the Debtors shall be filed in Silverado Stages, Inc., bankruptcy 2:18-bk-12203-MCW, the Debtors shall file their bankruptcy statements and schedules, and any amendments thereto, in their respective bankruptcy case. Additionally, proofs of claim filed by creditors of each Debtor shall reflect the style and case number of the Debtor to which the claim relates and in whose case such claim is to be filed. Separate claims registers shall be maintained for each case.

6. The Debtors are authorized to take all actions necessary to implement the relief granted by this Order.

**DATED AND SIGNED ABOVE**