1  **Quarles & Brady LLP**
   Firm State Bar No. 00443100
2  Renaissance One
   Two North Central Avenue
3  Phoenix, Arizona 85004-2391
   TELEPHONE 602.229.5200

4  Isaac M. Gabriel, Esq. (#021780)
   isaac.gabriel@quarles.com
5  James L. Ugalde, Esq. (#022733)
   james.ugalde@quarles.com

6
   Attorneys for BMO Harris Bank N.A.
7
              **IN THE UNITED STATES BANKRUPTCY COURT**
8
                   **FOR THE DISTRICT OF ARIZONA**
9
   In re:                                    In Proceedings Under Chapter 11
10
   SILVERADO STAGES, INC., *et al.*,         Case No. 2:18-bk-12203-MCW
11                                           (Joint Administration Pending)
            Debtors.
12                                           **NOTICE OF APPEARANCE
                                             AND REQUEST FOR NOTICE**
13
   This filing applies to:
14
   ■  ALL DEBTORS
15 ❑  SILVERADO STAGES INC.                  Case No. 2:18-bk-12203-MCW
   ❑  SILVERADO CHARTER SERVICES, LLC        Case No. 2:18-bk-12205-DPC
16 ❑  MICHELANGELO LEASING INC.              Case No. 2:18-bk-12207-BKM
   ❑  SILVERADO STAGES SC, LLC               Case No. 2:18-bk-12209-MCW
17 ❑  SILVERADO STAGES CC, LLC               Case No. 2:18-bk-12210-MCW
   ❑  SILVERADO STAGES NC, LLC               Case No. 2:18-bk-12213-EPB
18 ❑  SILVERADO STAGES NV, LLC               Case No. 2:18-bk-12215-BKM
   ❑  SILVERADO STAGES AZ, LLC               Case No. 2:18-bk-12218-EPB
19

20         QUARLES & BRADY LLP, as attorneys for BMO HARRIS BANK N.A. (**"BMO"**),

21 hereby notices its appearance and requests that it receive notice of all proceedings in the Chapter

22 11 cases of SILVERADO STAGES, INC., *et al.*, including, but not limited to, any notices in the

23 above-referenced administrative matters and any related adversary proceedings and that the

24 following names be added to the master mailing list:

25

26

Isaac M. Gabriel, Esq.
James L. Ugalde, Esq.
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
Phone: (602) 229-5200
Fax:    (602) 229-5690
E-mail: isaac.gabriel@quarles.com
Email: james.ugalde@quarles.com

Neither this request for notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or notice, shall constitute a waiver of BMO's:

(a)   Right to have any and all final orders for any and all non-core matters entered only after a de novo review by a United States District Court;

(b)   Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157 and whether such jury trial right is pursuant to statute or the United States Constitution;

(c)   Right to have the reference of this matter withdrawn by the United States District Court in any manner or proceeding subject to mandatory or discretionary withdrawal; and

(d)   Other rights, claims, actions, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

1         All of the above rights are expressly reserved and preserved by BMO without exception

2   and shall not be waived, confessed or conceded by filing this notice or by any other participation

3   in these matters.

4         DATED this 8th day of October, 2018.

5                        QUARLES & BRADY LLP
    Renaissance One

6   Two North Central Avenue
    Phoenix, AZ  85004-2391

7

8

9   By /s/ Isaac M. Gabriel _____
         Isaac M. Gabriel
         James L. Ugalde

10

11  Attorneys for BMO Harris Bank N.A.

12  COPIES of the foregoing sent
    via e-mail this 8th day of
13  October, 2018, to:

14  Michael A. Jones
    Philip J. Giles
15  David B. Nelson
    ALLEN BARNES & JONES, PLC
16  1850 N. Central Avenue, Suite 1150
17  Phoenix, AZ 85004
    Email: mjones@allenbarneslaw.com
18  Email: pgiles@allenbarneslaw.com
    Email: dnelson@allenbarneslaw.com
19  Attorneys for Debtors

20  Office of the U.S. Trustee
21  230 N. First Avenue, Suite 204
    Phoenix, AZ 85003
22  Email: ustpregion14.px.ecf@usdoj.gov

23

24  /s/ Sybil Taylor Aytch

25

26

QB\54379250.1