Michael A. Jones, State Bar #27311
Philip J. Giles, State Bar #30340
David B. Nelson, State Bar #34100
**ALLEN BARNES & JONES, PLC**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email  mjones@allenbarneslaw.com
           pgiles@allenbarneslaw.com
           dnelson@allenbarneslaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| SILVERADO STAGES INC., et al., | Case No. 2:18-bk-12203-MCW (Joint Administration Motion Pending) |
| Debtors. | |
| This filing applies to:<br>☒ ALL DEBTORS<br>☐ SILVERADO STAGES INC.<br>☐ SILVERADO CHARTER SERVICES, LLC<br>☐ MICHELANGELO LEASING INC.<br>☐ SILVERADO STAGES SC, LLC<br>☐ SILVERADO STAGES CC, LLC<br>☐ SILVERADO STAGES NC, LLC<br>☐ SILVERADO STAGES NV, LLC<br>☐ SILVERADO STAGES AZ, LLC | Case No. 2:18-bk-12203-MCW<br>Case No. 2:18-bk-12205-DPC<br>Case No. 2:18-bk-12207-BKM<br>Case No. 2:18-bk-12209-MCW<br>Case No. 2:18-bk-12210-MCW<br>Case No. 2:18-bk-12213-EPB<br>Case No. 2:18-bk-12215-BKM<br>Case No. 2:18-bk-12218-EPB<br><br>**SECOND AMENDED DECLARATION OF BRIAN HUNT, CHIEF EXECUTIVE OFFICER, IN SUPPORT OF DEBTORS' FIRST DAY FILINGS** |

I, Brian Hunt, Chief Executive Officer of Silverado Stages, Inc. hereby declare under penalty of perjury as follows:

1. I am a resident of Pinal County, Arizona, I am over eighteen years of age, and am competent to make this Declaration.

2. Silverado Stages, Inc., a Wyoming corporation; Silverado Stages CC, LLC, a California limited liability company; Silverado Stages SC, LLC, a California limited liability company; Silverado Stages NC, LLC, a California limited liability company; Silverado Stages NV, LLC, a Nevada limited liability company; Silverado Stages AZ, LLC, an Arizona limited

liability company; Silverado Charter Services, LLC, a California limited liability company; and Michelangelo Leasing Inc. ("**Michelangelo**"), an Arizona corporation, are debtors and debtors-in-possession (collectively, the "**Debtors**") in the Debtors' above-captioned Chapter 11 cases (collectively, the "**Cases**").

3. The Debtors are affiliated entities, share common management, and collectively operate a service-oriented passenger transportation business known as "**Silverado Stages**". As the Chief Executive Officer of Silverado Stages, I am familiar with its operations, assets, and debts. Silverado Stages was founded in 1987 and has a diverse background in passenger operations, including charters, local and multi-state over-the-road tours, scheduled fixed routes, contract shuttles and ADA services. Silverado Stages has worked with all levels of government, business, private parties and military. Now operating a diverse fleet of over 300 passenger vehicles, over 60 of which are ADA compliant, and operating throughout the western states, Silverado Stages is one of the largest privately-owned bus operators in the United States. Silverado Stages operates from leased terminal locations in San Luis Obispo, Santa Barbara, Torrance, San Diego, Reno, Las Vegas, and its headquarters in Phoenix.

4. Silverado Stages Inc. owns real property located at 1812 Main Ave., Sacramento, CA which is an industrial property with a building. There are two secured lenders encumbering this property. Silverado operates its Sacramento terminal from one-half of this property and has a tenant in the remaining half of the property.

5. Silverado Stages Inc. also owns a commercial real property lot located in Elk Grove, CA. There is a tenant occupying this property.

6. The Debtors' headquarters is located at 2239 N. Black Canyon Hwy Phoenix, AZ 85009.

7. The Debtors own a fleet of approximately 300 passenger vehicles.

8. Through Silverado Stages, Inc., the Debtors employ 356 people. These Employees include: (i) 249 full-time employees; and (ii) 107 part-time employees.

9. The Debtors run payroll every other Friday and fund the payroll the preceding Thursday. Based on the Debtors' ordinary operations, the next payroll is scheduled to be funded on Thursday, October 11, 2018, and paid on Friday, October 12, 2018.

10. The Debtors are owned as follows:

   a. Silverado Stages, Inc. is owned by the following individuals and an Employee Stock Ownership Plan ("**ESOP**"):

   | Owners | Ownership Interest percentage |
   |---|---|
   | Sharron Galusha | 33.6% |
   | James Galusha | 28.0% |
   | Anthony Fiorini | 6.9% |
   | Gillian Fiorini | 6.8% |
   | Eugene Bronson | 11.2% |
   | Scott and Jodi Bogart | 0.8% |
   | Kevin Guth | 0.6% |
   | Crystal Guth | 0.6% |
   | ESOP | 11.5% |
   | **TOTAL** | **100%** |

   b. Silverado Stages CC, LLC; Silverado Stages SC, LLC; Silverado Stages NC, LLC; Silverado Stages NV, LLC, and Silverado Stages AZ, LLC are equally owned by Silverado Stages, Inc. and Silverado Charter Services, LLC.

   c. Silverado Charter Services, LLC and Michelangelo are wholly owned by Silverado Stages, Inc.

11. The Debtors' revenue is primarily derived from charter transportation services, contracts for ongoing transportation services, vehicle rentals, and vehicle sales.

12. Other than debt payments, the Debtors' primary expenses consist of payroll, lodging for its driver employees while they are on the road, fuel, vehicle maintenance, rent, insurance, and utilities.

**A.    Debtors' History**

13. In 2016, the Debtors entered into an agreement whereby Silverado Stages purchased Michelangelo. As part of the acquisition, key staff relocated from San Luis Obispo to Phoenix. The Debtors, when combined with Michelangelo, almost immediately struggled to

meet revenue and cash flow projections. The acquisition did not go as planned, and Michelangelo's forecasted revenue of $30 million only generated about $20 million. Simultaneous with the acquisition, macroeconomic and regionally competitive labor markets drove up driver costs. Additionally, many local competitors moved to highly uneconomical and unsustainable, near predatory, pricing.

14. Throughout 2017 and 2018, the Debtors acted to reduce headcount and to shed low and no margin service routes. The Debtors also addressed their fleet size by creating an orderly plan to reduce excess motorcoach fleet in an orderly and equity-preserving fashion.

15. Though the Debtors attempted to address the substantial unexpected revenue shortfalls, the decline far exceeded management's worst expectations resulting in substantial headcount downsizing lag and an inability to conduct an effective fleet restructure. To exacerbate the financial issues, the secondary market for motorcoach assets has continued to soften nationwide. In 2018, the Debtors' ownership infused $1.1 million into the Debtors to support cash flow (the equivalent of one month of existing debt service).

16. In a final effort to avoid bankruptcy filings, in September 2018, the Debtors employed Michael Stockrahm with SDI Holdings, LLC as a restructuring advisor to assist with a potential non-bankruptcy resolution with the Debtors' secured lenders.

17. On September 13, 2018, VFS Leasing Co. and Volvo Financial Services, a division of VFS US LLC (together, "**VFS**") filed a complaint against the Debtors thereby asserting a $15.6 million claim against the Debtors related to alleged breaches of contract on account of vehicle loans and leases. Thereafter, VFS attempted to enforce their alleged collateral rights against certain of the Debtors' vehicle assets.

18. At the end of September 2018, the Debtors made a final proposal to their secured lenders, including VFS, regarding a non-bankruptcy resolution to pay them over time. Unfortunately, VFS declined to work in a consensual manner and took aggressive action to retake alleged collateral.

19. In October 2018, the Debtors retained Matt Foster and his firm Sonoran Capital Advisers to serve as the Debtors' Chief Restructuring Officer.

20. Faced with secured creditors seriously disrupting the Debtors' business operations through repossession attempts, and to save the Debtors' going concern for the benefit of all creditors, the Debtors made the difficult choice to file voluntary Chapter 11 bankruptcy petitions.

21. The Debtors expect that with the automatic stay in place, they will be able to successfully confirm a Chapter 11 plan of reorganization that will restructure the Debtors' secured debt and provide a meaningful payment to unsecured creditors.

### B. Secured Debt

22. In February 2017, the Debtors entered into certain loan documents with Western Alliance Bank, an Arizona corporation ("**WAB**") whereby WAB loaned money to some of the Debtor entities: (i) Silverado Stages, Inc.; (ii) Silverado Charter Services, LLC; and (iii) Michelangelo ("**WAB Debtors**"), on a secured basis, purportedly secured by a blanket lien against the WAB Debtors' assets pursuant to a security agreement and filed UCC financing statements. WAB asserts a secured claim against the WAB Debtors in the approximate amount of $5.4 million. Silverado Stages, Inc. generates nearly all of the Debtors' income and holds nearly all of the Debtors' assets, including Silverado Stages' accounts receivable.

23. The Debtors have many other secured creditors that hold collateral interests in specific equipment or vehicles, however, the Debtors do not believe that any party other than WAB has the right to assert a secured interest in the Debtors' accounts receivable and cash.

24. To the best of their knowledge and after having conducted UCC searches with an outside service in all relevant states, the Debtors will provide notice of their first day filings in this case to all of their alleged secured creditors, among others.

25. As of their bankruptcy filing date, the Debtors hold approximately $1,150,000.00 in cash (including $190,000.00 in loan proceeds from Nineveh Holdings, LLC) and $1 million in accounts receivable from non-affiliate companies.

26. Without including the unsecured portion of secured debtors' debt, the Debtors believe their unsecured debt is in the approximate amount of $3 million.

27. I have reviewed the other "first day motions" filed contemporaneously with this

{00127859.9}
-5-
Case 2:18-bk-12203-MCW    Doc 17    Filed 10/08/18    Entered 10/08/18 17:56:55    Desc
Main Document    Page 5 of 6

1 | Declaration, and the factual statements contained therein are accurate to the best of the Debtors'
2 | knowledge under the expedited timing of these bankruptcy filings.
3 | DATED this 8th day of October, 2018.

/s/ *Brian Hunt*
Brian Hunt, Chief Executive Officer