John R. Clemency (AZ Bar No. 009646)
Janel M. Glynn (AZ Bar No. 025497)
**POLSINELLI**
One E. Washington St., Ste. 1200
Phoenix, AZ 85004
Telephone: 602.650.2000
jglynn@polsinelli.com
Attorney *Western Alliance Bank*

# IN THE UNITED STATES BANKRUPTCY COURT

## THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SILVERADO STAGES INC., et al.,<br><br>Debtors. | Chapter 11 Proceedings<br><br>Case No. 2-18-bk-12203-MCW<br>(Jointly Administered Motion Pending) |
| This Filing Applies to:<br><br>☒ ALL DEBTORS<br>☐ SILVERADO STAGES INC.<br>☐ SILVERADO CHARTER SERVICES, LLC<br>☐ MICHELANGELO LEASING INC.<br>☐ SILVERADO STAGES SC, LLC<br>☐ SILVERADO STAGES CC, LLC<br>☐ SILVERADO STAGES NC, LLC<br>☐ SILVERADO STAGES NV, LLC<br>☐ SILVERADO STAGES AZ, LLC | Case No. 2:18-bk-12203-MCW<br>Case No. 2:18-bk-12205-DPC<br>Case No. 2:18-bk-12207-BKM<br>Case No. 2:18-bk-12209-MCW<br>Case No. 2:18-bk-12210-MCW<br>Case No. 2:18-bk-12213-EPB<br>Case No. 2:18-bk-12215-BKM<br>Case No. 2:18-bk-12218-EPB<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** |

PLEASE TAKE NOTICE that Janel M. Glynn and John R. Clemency of the law firm POLSINELLI, PC ("Polsinelli") hereby enter an appearance as counsel of record in the above-captioned case on behalf of Western Alliance Bank ("Alliance"), and hereby request that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy action, be given and served upon:

<pre>
 1
 2                          John R. Clemency, Esq.
                            Janel M. Glynn, Esq.
 3                              POLSINELLI, PC
                        One East Washington St., Suite 1200
 4                            Phoenix, Arizona 85004
                             jclemency@polsinelli.com
 5                             jglynn@polsinelli.com
 6
</pre>

7      This request encompasses all notices, copies and pleadings referred to in Title 11 of

8  the United States Code and the Federal Rules of Bankruptcy Procedure, including, without

9  limitation, notices of any orders, motions, demands, petitions, pleadings or requests,

10 applications and any other documents brought before this Court in this case, whether formal

11 or informal, written or oral, or transmitted or conveyed by mail or otherwise, which affects

12 or seeks to affect Alliance.

13     RESPECTFULLY SUBMITTED this 9th day of October, 2018.

14                                          POLSINELLI, P.C.

15
                                            By:   /s/Janel M. Glynn
16                                                Janel M. Glynn
                                                  Attorney for Western Alliance Bank
17

18 COPIES of the foregoing were served
   this 9th day of October, 2018 via the
19 Court's CM/ECF Notification System
   on all parties that requested notice in these cases;
20 and COPIES were emailed to the following parties:

21
   Michael A. Jones                           U.S. Trustee
22 Allen Barnes & Jones, PLC                  Office Of The U.S. Trustee
   1850 N. Central Ave., Suite 1150           230 North First Avenue, Suite 204
23 Phoenix, Az 85004                          Phoenix, Az 85003
   Email: mjones@allenbarneslaw.com           Email: ustpregion14.px.ecf@usdoj.gov
24 *Proposed counsel for Debtors*             *U.S. Trustee*
25

26
   By: /s/ Angela Renteria
27

28