Fill in this information to identify the case:

Debtor name: **Silverado Stages, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**
Case number (if known): **2:18-bk-12203**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Genuine Parts Co. dba NAPA Auto Parts<br>Attn: Mike Picardi, Div. IBS Mgr<br>2811 W. Thomas Road<br>Phoenix, AZ 85017 | | parts | | | | $1,044,967.48 |
| Bus & Truck Service, Inc.<br>240 Prado Rd.<br>San Luis Obispo, CA 93401 | | | Disputed | | | $629,638.37 |
| Nineveh Holding, LLC<br>21678 N 57th Ave<br>Glendale, AZ 85308 | | vendor debt | | | | $420,020.29 |
| Robinson Oil Corp.<br>955 Martin Avenue<br>Santa Clara, CA 95050 | | fuel | | | | $279,815.51 |
| Employment Development Department - CA<br>P.O. Box 826880, MIC 83<br>Sacramento, CA 94280-0001 | | employment claims | Disputed | | | $250,000.00 |
| State of California Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA 94267-0011 | | sales taxes | Contingent | | | $200,000.00 |

| Debtor | Silverado Stages, Inc. | | | Case number (if known) | 2:18-bk-12203 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amelia Romero dba/Romero's Super Wash 2043 Harvard St., Apt. B Attn: Amelia Romero N.Las Vegas, NV 89030 | | vendor debt | | | | $183,091.00 |
| MOTEL 6/STUDIO 6 P.O. Box 846175 Dallas, TX 75284-6175 | | potential liability for acquired debt | Disputed | | | $144,753.69 |
| Protective Insurance 111 Congressional Blvd. Ste500 Carmel, IN 46032 | | insurance | | | | $128,634.00 |
| American Nomadic Tours LLC dba Expedition America Att: Robert Fried 6011 Wood Fern Drive Rancho Palos Verdes, CA 90275 | | contract claim | Disputed | | | $125,000.00 |
| United States Fire Insur P.O.Box 29898 NEW YORK, NY 10087-9898 | | insurance deductible | | | | $115,800.17 |
| M2 Lease Funds, LLC 175 N. Patrick Blvd., #140 Brookfield, WI 53045 | | Bus Wash | | $108,978.00 | $0.00 | $108,978.00 |
| Buchalter, A Professional Law Corp. 999 WILSHIRE BLVD, STE 1500 LOS ANGELES, CA 90017-2457 | | services | | | | $96,909.26 |
| Western States Petroleum, Inc. (WSP) 450 S 15th Ave Phoenix, AZ 85007 | | fuel | | | | $78,306.24 |
| Protective Insurance Company 111 Congressional Blvd..Ste500 Carmel, IN 46032 | | insurance deductible | | | | $73,523.44 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Lancer Insurance Company**<br>370 West Park Ave.<br>Long Beach, NY 11561-9004 | | **2010 Setra S417 Motor Coach VIN 0911** | | $253,186.00 | $180,323.00 | $72,863.00 |
| **Nineveh Holding, LLC**<br>21678 N 57th Ave<br>Glendale, AZ 85308 | | **reimbursement for property taxes** | | | | $66,192.64 |
| **SC FUELS**<br>1800 West Katella Ave.Ste 400<br>P.O.Box 4159<br>Orange, CA 92863-4159 | | **fuel** | | | | $65,679.96 |
| **Blue Cross Blue Shield of Arizona**<br>c/o Cash Control<br>P O Box 81049<br>Phoenix, AZ 85069 | | **vendor debt** | | | | $64,247.23 |
| **Hager Pacific Acquisitions, LLC**<br>c/o Hager Pacific Properties<br>16027 Ventura Blvd. #550<br>Encino, CA 91436 | | **vendor debt** | | | | $63,214.15 |