ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

EDWARD K. BERNATAVICIUS (#024174)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2608
FAX: (602) 514-7270

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SIVERADO STAGES INC., et al.,<br><br>    Debtors.<br><br>This filing applies to:<br><br>☒ ALL DEBTORS<br>☐ SIVERADO STAGES INC.<br>☐ SILVERADO CHARTER SERVICES, LLC<br>☐ MICHELANGELO LEASING INC.<br>☐ SILVERADO STAGES SC, LLC<br>☐ SIVERADO STAGES CC, LLC<br>☐ SILVERADO STAGES NC, LLC<br>☐ SILVERADO STAGES NV, LLC<br>☐ SILVERADO STAGES AZ, LLC | In Proceedings under Chapter 11<br><br>Case No. 2:18-bk-12203-MCW<br>(Joint Administration Motion Pending)<br><br>Case No. 2:18-bk-12203-MCW<br>Case No. 2:18-bk-12205-DPC<br>Case No. 2:18-bk-12207-BKM<br>Case No. 2:18-bk-12209-MCW<br>Case No. 2:18-bk-12210-MCW<br>Case No. 2:18-bk-12213-EPB<br>Case No. 2:18-bk-12215-BKM<br>Case No. 2:18-bk-12218-EPB<br><br>**UNITED STATES TRUSTEE'S OMNIBUS RESPONSE TO DEBTORS' FIRST DAY MOTIONS.**<br><br>**Hearing Date: October 11, 2018**<br><br>**Hearing Time: 10:30 a.m.**<br><br>**Location: Courtroom: 702** |

    The United States Trustee for the District of Arizona, Region 14 ("UST"), by and through her undersigned counsel, hereby files her responses to the various first day motions ("Motions") filed with this Court on October 5, 2018.

1. **Request for Joint Administration**: The UST has no objection to this request. The UST requests that the order also include language that monthly operating reports are filed in the respective cases.

2. **Applications to Employ Professionals**:

a. Legal Counsel - Allen Barnes & Jones, PLC ("ABJ"). The UST has a limited objection to the employment of ABJ in that further disclosure is required as to Nineveh Holdings, LLC. Nineveh Holdings, LLC is the third-party entity that paid ABJ $150,000.00 retainer on the date the Debtors filed bankruptcy. ABJ should amend their employment application to disclose the full ownership structure of Nineveh Holdings, LLC and the relationship that Nineveh Holdings, LLC may have with any of the Debtors. The UST also requests that ABJ file a copy of their retention agreement with the Court. The UST has discussed these requests with proposed counsel for the Debtors and is ensured this will be completed prior to the hearing on the Motions. The UST will continue to work with ABJ on this issue and has no objection to an interim order of employment while attempting to resolve any final issues.

b. Chief Restructuring Officer ("CRO") – Matthew Foster of Sonoran Capital Advisers, LLC. The UST has same objection regarding disclosures surrounding Nineveh Holdings, LLC. Nineveh Holdings paid a $25,000 retainer to the CRO. While the UST can rely on further disclosures provided in the amended employment application of ABJ, further disclosure should be made at the hearing on the Motions, as to any relationship between the CRO and Nineveh Holdings, LLC. The UST is also in the process of discussing several issues with proposed Debtors' counsel and the CRO regarding safeguarding the CRO's ongoing disinterestedness in the case, the CRO's fee structure, ongoing disclosure of fees and staffing reports, the indemnity clause and ensuring no duplication of services. The UST is not opposed to interim order of relief while the parties work to resolve these issues.

The U.S. Trustee reserves all rights to raise objections at any time during these bankruptcy proceedings should she determine that factors exist which call for the disqualification of any professional employed in these cases.

3. **Interim Compensation Procedures Motion**: The U.S. Trustee has no objection in this case to an order establishing interim compensation procedures under 11 U.S.C. § 331 and Local Rule 9013. The Order approving this type of procedure for interim compensation must be clear that it is this statutory authority upon which the relief is being granted, and not based upon the factors of In re Knudsen Corp., 84 B.R. 668 (9th Cir. BAP 1998). The typical order entered by this Court and in this District under Section 331 and Local Rule 9013 is that the professionals subject to the Order may file interim fee applications every 30 days and file the interim fee applications on all relevant parties on 21 days negative notice. The professionals may receive the full amount of their requested compensation absent objection. If an objection is filed, the court will set the matter for a hearing in the normal course.

4. **Pre-petition Wage Motion**: The UST does not have an objection to an appropriate, interim order for payment of pre-petition wages being entered. The UST does not object to interim payment of pre-petition wages to employees who are currently employed, excludes owners and management of the Debtors and payments under the statutory cap accorded priority under Sections 507(a)(4) and (a)(5). The Motion needs to disclose if any funds are being used to pay pre-petition claims of terminated employees or owners and management of the Debtors. Any such payments should be excluded. The Motion also needs to attach a chart listing the amount owed to each individual employee.

4. **Cash Collateral Motion**: The UST has no objection to the request for use of cash collateral that based upon 1) replacement liens and 2) the accounting for cash collateral during the pendency of the Cases. In reviewing the Budget attached to Cash Collateral Motion the UST has initial

- 3 -

concerns regarding administrative costs in the case. The budgeted monthly expenses for the proposed CRO, Sonoran Capital Advisors is $93,800.00. The UST is noting this here for the Court's attention and will continue to address this as noted above as part of the CRO application. This is approximately double the amount of fees budgeted for Debtors' legal counsel, ABJ, at $50,000 for the month and far exceeds any amount budgeted for potential counsel for unsecured creditors committee ($30,000) and litigation counsel ($20,000). The UST requests clarification regarding the following expenses:

a. Payroll: $10,000 payment every other week given that, upon information and belief, payroll occurs every other week in the approximate amount of $531,776.

b. Vehicle Maintenance: $125,000 every week. Does this include any monthly vehicle payments? If not, do the Debtors incur monthly vehicle payments to lenders or lessors that need to be made? Are any such payments included in the budget under another category (i.e. Rent?).

5. **Utility Motion**: The UST only objects to this motion to the extent that proper notice was not afforded the various utilities who are the subject of the Motion. Proposed counsel for Debtors can discuss attempted notice at the hearing tomorrow. To the extent utilities were not afforded proper notice or adequate time to respond to the Motion, a final hearing should be set and proper notice required.

RESPECTFULLY SUBMITTED this 10th day of October, 2018.

ILENE J. LASHINSKY
United States Trustee
District of Arizona


 /s/ EKB (# 024174)
Edward K. Bernatavicius
Trial Attorney

Copy of the foregoing e-mailed
October 10, 2018 to:

Michael A. Jones
Allen Barnes & Jones PLLC
1850 N. Central Avenue, Suite 1150
Phoenix, AZ 85004
602-256-6000
mjones@allenbarneslaw.com
Proposed Counsel for the Debtors

John R. Clemency (AZ Bar No. 009646)
Janel M. Glynn (AZ Bar No. 025497)
**POLSINELLI**
One E. Washington St., Ste. 1200
Phoenix, AZ 85004
Telephone: 602.650.2000
jglynn@polsinelli.com
Attorney *Western Alliance Bank*

Molly J. Kjartanson
Quarles & Brady LLP
Renaissance One
Two North central Avenue
Phoenix, AZ 85004
602-229-5200
Molly.kjartanson@quarles.com
Attorneys for TIAA, FSB

Robert J. Miller, 013334
Khaled Tarazi, 032446
**BRYAN CAVE LEIGHTON PAISNER LLP**
Two North Central Avenue, Suite 2100
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
Email: rjmiller@bclplaw.com
khaled.tarazi@bclplaw.com
Attorneys for Wells Fargo Equipment Finance, Inc.

| | |
|---|---|
| 1 | Matthew H. Sloan (No. 018632) |
| 2 | E-mail: MHS@JHC.Law |
|   | **JENNINGS, HAUG & CUNNINGHAM, L.L.P.** |
| 3 | 2800 North Central Avenue, Suite 1800 |
|   | Phoenix, AZ 85004-1049 |
| 4 | Telephone: 602-234-7800 |
|   | Facsimile: 602-277-5595 |
| 5 | Attorneys for River City Petroleum, Inc. |